/s/David S. Litwin

David S. Litwin, Respondent

Brach, Eichler, Rosenberg,

Silver, Bernstein & Hammer

By: /s/Burton L. Eichler

Burton L. Eichler, Attorney

for Respondent

/s/Colette A. Coolbaugh

Colette A. Coolbaugh

Assistant Director

Division of Ethics & Professional

Services

## CORRECTED ORDER

In the Matter of GEORGE J. SHAMY, Sr., an attorney at law.

ORDERED that the acceptance of this resignation be deemed equivalent to respondent's disbarment; and it is further

ORDERED that respondent be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with all the regulations of the Disciplinary Review Board governing suspended, disbarred or resigned attorneys.

## ORDER

In the Matter of ARTHUR W. VESPIGNANI, an attorney at law.

ORDERED that the acceptance of this resignation be deemed equivalent to respondent's disbarment; and it is further

ORDERED that respondent be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with all the regulations of the Disciplinary Review Board governing suspended, disbarred or resigned attorneys.